[No. 26564-1-III.  Division Three.  November 6, 2008.]

CYNTHIA ESTEP, *Appellant*, v. GENE HAMILTON ET AL., *Respondents*.

The opinion in the above captioned case, which appeared in the advance sheets at 147 Wn. App. 344-56, has been omitted from this permanent bound volume because of an amendment of the opinion made by an order of the Court of Appeals dated January 20, 2009. The opinion, as modified, appears at 148 Wn. App. 246.